NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-5109

BANNUM, INC.,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee,

and

DISMAS CHARITIES, INC.,

Defendant-Appellee.

Michael A. Gordon, Holmes & Gordon, of Rockville, Maryland, argued for plaintiff-appellant.

Sameer Yerawadekar, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee United States.  With him on the brief were Jeanne E. Davidson, Director, and Steven J. Gillingham, Assistant Director.  Of counsel on the brief was Tracey L. Printer, Assistant General Counsel, Federal Bureau of Prisons, of Washington, DC.

Alexander D. Tomaszczuk, Pillsbury Winthrop Shaw Pittman LLP, of McLean, Virginia, argued for defendant-appellee Dismas Charities, Inc.  With him on the brief were Daniel S. Herzfeld and Orest J. Jowyk.

Appealed from:  United States Court of Federal Claims

Judge Francis M. Allegra

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-5109

BANNUM, INC.,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee,

and

DISMAS CHARITIES, INC.,

Defendant-Appellee.

# JUDGMENT

ON APPEAL from the United States Court of Federal Claims

in CASE NO(S) 07-CV-109.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (BRYSON, GAJARSA, and LINN, Circuit Judges.)

AFFIRMED. See Fed. Cir. R.36

ENTERED BY ORDER OF THE COURT

DATED: ___February 6, 2008___     ___/s/ Jan Horbaly___
                                   Jan Horbaly, Clerk